IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FUREY | : | CIVIL ACTION |
| v. | : | |
| TEMPLE UNIVERSITY, et al. | : | NO. 09-2474 |

ORDER

AND NOW, this 2nd day of August, 2010, upon consideration of Temple Defendants' Motion for Summary Judgment (Docket No. 125), the plaintiff's opposition, the defendants' reply, the plaintiff's response to the defendants' reply, and after oral argument held on June 25, 2010, IT IS HEREBY ORDERED, for the reasons stated in a Memorandum of today's date, that the motion is granted in its entirety as to defendants Ann Weaver Hart, M. Moshe Parat, Jonathan Scott, Bonita Silverman, and the Trustees of Temple University. With respect to all other defendants, IT IS HEREBY ORDERED that the motion is granted on all claims except the due process claim.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.