IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FUREY                   :    CIVIL ACTION
                             :
        v.                   :
                             :
TEMPLE UNIVERSITY, et al.    :    NO. 09-2474

ORDER

        AND NOW, this 3rd day of August, 2012, following a
bench trial in the above captioned matter, IT IS HEREBY ORDERED,
for the reasons stated in a memorandum of law bearing today's
date, that:

        1.   Judgment shall be entered in favor of the
individual defendants in their individual capacities.

        2.   Following the Court's August 2, 2012 memorandum of
law, judgment shall be entered in favor of the University Review
Board.

        3.   Judgment shall be entered in favor of the
plaintiff and against Temple University and the individual
defendants in their official capacities on the plaintiff's
procedural due process claim.  The plaintiff's expulsion from
Temple University is vacated.  The plaintiff shall be reinstated
as a student at Temple University unless given a new hearing that
comports with due process within sixty (60) days

of this order.

      4.   This case is now closed.


                        BY THE COURT:


                        /s/ Mary A. McLaughlin
                        MARY A. McLAUGHLIN, J.