```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KEVIN FUREY                       :    CIVIL ACTION
                                  :
          v.                      :
                                  :
TEMPLE UNIVERSITY, et al.         :    NO. 09-2474
```

ORDER

AND NOW, this 3rd day of August, 2012, following a bench trial in the above captioned matter, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

1. Judgment shall be entered in favor of the individual defendants in their individual capacities.

2. Following the Court's August 2, 2012 memorandum of law, judgment shall be entered in favor of the University Review Board.

3. Judgment shall be entered in favor of the plaintiff and against Temple University and the individual defendants in their official capacities on the plaintiff's procedural due process claim. The plaintiff's expulsion from Temple University is vacated. The plaintiff shall be reinstated as a student at Temple University unless given a new hearing that comports with due process within sixty (60) days

of this order.

        4.   This case is now closed.

                                 BY THE COURT:

                                 <u>/s/ Mary A. McLaughlin</u>
                                 MARY A. McLAUGHLIN, J.