IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FUREY                     :     CIVIL ACTION
                                :
        v.                      :
                                :
TEMPLE UNIVERSITY, et al.       :     NO. 09-2474

AMENDED ORDER

AND NOW, this 6th day of August, 2012, following a bench trial in the above captioned matter, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing the date of August 3, 2013, that:

1.  Judgment is hereby entered in favor of the individual defendants in their individual capacities.

2.  Following the Court's August 2, 2012 memorandum of law, judgment is hereby entered in favor of the University Review Board.

3.  Judgment is hereby entered in favor of the plaintiff and against Temple University and the individual defendants in their official capacities on the plaintiff's procedural due process claim.  The plaintiff's expulsion from Temple University is vacated.  The plaintiff shall be reinstated as a student at Temple University unless given a new hearing that comports with due process within sixty (60) days of this order.

4.  This case is now closed.

                                BY THE COURT:


                                /s/ Mary A. McLaughlin
                                MARY A. McLAUGHLIN, J.