# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3775

Kevin Furey v. Temple University, et al

2-09-cv-02474

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 6, 2012

Margaret B. Furey, Esq.
Patricia A. Heenan, Esq.
Bacardi L. Jackson, Esq.
Riley H. Ross III, Esq.
Joe H. Tucker Jr., Esq.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.